UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUZ TAMAYO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CORADIOUS<br>INTERNATIONAL, LLC<br><br>    Defendant. | Case No. 2:11-cv-06549-JLL |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on a date and time to be set by the Court, counsel for Defendant, American Coradious International, LLC (ACI), shall move for entry of an Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6).  ACI states the following in support of its motion:

1.  September 28, 2011, Plaintiff filed the instant action, founded upon alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and an invasion of privacy, in the Superior Court of New Jersey, Law Division, Special Civil Part, Hudson County.

2.  On November 4, 2011, ACI removed the suit to this Court.

3.  Plaintiff fails to allege any facts to support her claims for relief.

4. As a result, Defendant contends Plaintiff's claims should be dismissed for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: November 22, 2011.

                Respectfully Submitted,

                /s/ Aaron R. Easley
                Aaron R. Easley, Esq.
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                200 Route 31 North, Suite 203
                Flemington, NJ 08822
                Phone: (908) 751-5940
                Fax: (908) 751-5944
                aeasley@sessions-law.biz
                Attorney for Defendant
                American Coradious International, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2011, a copy of **American Coradious International, LLC's Notice of Motion** was filed electronically and served via ECF upon the following:

Yaakov Saks, Esq.
The Law Offices of Matthew E. Rose
209 Main Street 2nd Floor
Fort Lee, NJ 07024
Tel.: 201-482-8111
Email: ysaks@theroselaw.com
Attorney for Plaintiff
Luz Tamayo

                        By:    /s/ Aaron R. Easley
                                Aaron R. Easley, Esq.
                                Attorney for Defendant
                                American Coradious International, LLC