UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUZ M. TAMAYO,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMERICAN CORADIOUS INTENRATIONAL, LLC.,<br><br>    Defendant(s). | Civil Action No.: 11-6549(JLL)<br><br>**ORDER FOR DISMISSAL** |

It appearing in the above captioned action that the plaintiff has failed to move this action by filing an Amended Complaint which cures the pleading deficiencies addressed by this Court in it's Opinion and Order of December 28, 2011 (see cm/ecf docket entries #5 and #6), within the time frame established by this Court,

**It is on this** 17th **day of FEBRUARY, 2012;**

**ORDERED** that this action is hereby dismissed as to defendant, **American Coradious International, LLC**, with prejudice for failure to comply with the court's order of December 28, 2011.

                                          JOSE L. LINARES, U.S.D.J.